UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MARY ROBUSTELLI, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 2:16-CV-31-JEM |
| | ) | |
| LUKE OIL CO., INC. *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on a Stipulation of Dismissal [DE 37], filed by the parties on September 13, 2017. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 15th day of September, 2017.

                                                      s/ John E. Martin
                                                      MAGISTRATE JUDGE JOHN E. MARTIN
                                                      UNITED STATES DISTRICT COURT

cc:    All counsel of record